*Copies Served 1/4/07 JJM*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

WILLIAM J. RINGLER

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:05-CR-459 (GHL)

<u>Thomas Anelli, Esq. (retained)</u>
Attorney for Defendant

## THE DEFENDANT ENTERED A PLEA OF:

__XX__ guilty __ nolo contendere] as to count(s)__ 1 __


**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Fraudulently possessing a false identification document, knowing that it was produced without lawful authority, in violation of Title 18, United States Code, Section 1028 (a)(6).

## DATE OFFENSE CONCLUDED: August 17, 2005

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500 and a $25.00 special assessment, payable no later than February 13, 2007. Total amount due is $525.00. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **Count 2** is dismissed on motion of the United States.


_____December 13, 2006_____
Date of Imposition of Sentence

_____January 3, 2007_____
DATE SIGNED

_____(signature)_____
GEORGE H. LOWE
U.S. Magistrate Judge